UNITED STATES of America, Plaintiff–Appellee

v.

Leonicio CASTANEDA–ALFARO, Defendant–Appellant.

No. 09–41118

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 26, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Leonicio Castaneda–Alfaro appeals the sentence imposed following his conviction for unlawful reentry pursuant to 8 U.S.C. § 1326. He contends that the district court erred by imposing a crime of violence enhancement based on his conviction under Texas Penal Code § 21.11 for indecency with a child under 17 years of age.

As Castaneda–Alfaro concedes, his argument is foreclosed by circuit precedent. *See United States v. Ayala,* 542 F.3d 494, 495 (5th Cir.2008); *United States v. Zavala–Sustaita,* 214 F.3d 601, 607–08 (5th Cir.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2000). Accordingly, the judgment of the district court is AFFIRMED.